423 A.2d 1318

Commonwealth v. Saunders, Appellant.

Submitted March 23, 1979. Lewis J. Bott, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.